IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BELINDA GOGGINS, also known
as Belinda Goggins Stewart                                         PLAINTIFF

v.                                                    CAUSE NO. 1:18cv23-LG-RHW

HUNTINGTON INGALLS
INDUSTRIES; METROPOLITAN
LIFE INSURANCE COMPANY;
and A THROUGH Z                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this case should be dismissed for lack of subject matter jurisdiction.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED FOR LACK OF JURISDICTION.**

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE